IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LINDA GARCIA                                                                                          PLAINTIFF

v.                                                          CAUSE NO. 1:15CV51-LG-RHW

FICKLING MANAGEMENT SERVICES, LLC                                    DEFENDANT

## ORDER REGARDING OBJECTIONS TO DEPOSITION TESTIMONY

Having reviewed the objections of the parties to the deposition testimony sought to be offered at the trial of this action and submitted to this Court, as well as any responses thereto, the Court finds as follows:

There are no objections to the deposition testimony of Dr. Eric Wolfson. The Court addresses the parties' specific objections to the deposition testimony of Dr. Arthur D. Black below.

**DEFENDANT'S OBJECTIONS TO THE DEPOSITION TESTIMONY OF DR. ARTHUR D. BLACK:**

**Page 83, Lines 19-25:** Defendant objects to this testimony, claiming that the question is leading. Plaintiff concedes this objection, and therefore, it is **SUSTAINED**.

**Page 84, Lines 1-14:** Defendant objects to this testimony, because it claims that the question is leading. Plaintiff responds that she is not offering the subject testimony. Therefore, the objection is **MOOT**.

**Page 84, Lines 22-23:** Defendant objects to this testimony, because it argues that the question is leading. Plaintiff disputes Defendant's classification of the

question.  The Court finds that the question is not leading, and therefore, the objection is **OVERRULED**.

**SO ORDERED AND ADJUDGED** this the 16th day of December, 2016.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge