IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 11 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

**LINDA GARCIA**                                                                      **PLAINTIFF**

v.                                                                              CAUSE NO. 1:15CV51-LG-RHW

**FICKLING MANAGEMENT SERVICES, LLC**                                    **DEFENDANT**

<u>VERDICT FORM</u>

1. Do you find by a preponderance of the evidence that Fickling Management Services, LLC, was guilty of negligence that was a proximate cause of the accident in question?

    √ Yes            _____ No

If you answered "No" to Question 1, please proceed to the finalization of the verdict on page 3 of the Verdict Form. If you answered "Yes," please proceed to page 2 of the Verdict Form and answer Questions 2 and 3.

Page **1** of **3**

2. What was the total amount of damages suffered by the plaintiff Linda Garcia that was proximately caused by the accident in question, for each of the following categories:

    Actual Economic Damages     $ 80,000.00

    Noneconomic Damages     $ 30,000.00

3. What percentage of fault, if any, do you assign to each of the following in proximately causing the accident in question? (The percentages must add up to 100%. If you find that Linda Garcia was not at fault, you should assign her 0% of the fault.)

    30    Plaintiff Linda Garcia

    70    Defendant Fickling Management Services, LLC

Please proceed to the finalization of the verdict on page 3 of the Verdict Form.

## FINALIZATION OF THE VERDICT

Please complete the following information:

1-11-2017
Date                    Signature of the Foreperson